FILED
SIOUX CITY OFFICE, WESTERN DIV.
NORTHERN DISTRICT OF IOWA

OCT 16 1979
12:20 PM
K. W. FUELLING, Clerk
By: [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 79-4012 |
| v. ) | |
| KENNETH JAY STILL, ) | I N D I C T M E N T |
| Defendant. ) | (18 USC 3150 and 402) |

---

The Grand Jury charges:

COUNT 1

On or about September 24, 1979, at SiouxCity, Woodbury County, in the Western Division of the Northern District of Iowa, KENNETH JAY STILL, in violation of Section 3150, Title 18, United States Code, having theretofore been admitted to bond on June 1, 1979, pursuant to Chapter 207, Title 18, United States Code, in connection with charges of a felony, to wit: a false statement in an application for a passport, in violation of Section 1542, Title 18, United States Code, did willfully fail to appear for Trial before the United States District Court for the Northern District of Iowa, as required by his appearance bond bearing date of June 1, 1979, and filed with this Court on June 25, 1979.

COUNT 2

On or about September 24, 1979, at Sioux City, Woodbury County, in the Western Division of the Northern District of Iowa, KENNETH JAY STILL, in violation of Section 402, Title 18, United States Code, did willfully disobey a lawful order of the United States District Court for the Northern District of Iowa, to-wit: an Order to appear for Trial in the cause of <u>United States of America v. Kenneth Jay Still</u>, Criminal No. CR 79-3007, by failing to appear in compliance with said Order, which act was of such character as to also constitute a criminal offense under a statute of the United States,

Case 5:79-cr-04012-DEO   Document 1   Filed 10/16/79   Page 1 of 2

-2-

to-wit: the offense of Bond Jumping, in violation of Section 3150, Title 18, United States Code.

A True Bill

S/

/ Foreman

*Asher E. Schroeder*

ASHER E. SCHROEDER
Assistant United States Attorney
Northern District of Iowa

PRESENTED IN OPEN COURT

-BY THE-

FOREMAN OF THE GRAND JURY

IN THE PRESENCE OF THE

GRAND JURY

Case 5:79-cr-04012-DEO    Document 1    Filed 10/16/79    Page 2 of 2